474 A.2d 680

Hostetter v. Detwiler, Appellant.

Argued November 2, 1983. David A. Johnston, Jr., for appellant; Herbert A. Schaffner, for appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Judgment affirmed.

476 A.2d 472

In re Williams.

Appeal of Donald K. Williams.

Reargument Denied June 25, 1984.

Argued April 21, 1983. David A. Scholl, for appellant; Philip Marsh Hof, for Domestic, participating party; Gregory R. Reed, for Dept. of Public, participating party.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.